```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

           MAY 19 2016

              AT SEATTLE
       CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
     BY                      DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS HOGAN,<br><br>　　　　　　　　Defendant. | CR16-154 JCC<br>CASE NO.<br><br>PRAECIPE FOR A SUMMONS |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT
　　You will please issue a summons on an Indictment filed herein to:

Nicholas Hogan
c/o Wayne Fricke
1008 Yakima Ave., Suite 302
Tacoma, WA 98405

directing said individual to appear at the United States Courthouse, 700 Stewart Street, 12th Floor, Seattle, Washington 98101, before United States Magistrate Judge James P. Donohue, on June 2, 2016, at 9:00 a.m., to answer to an Indictment charging Title 18, United States Code, Section 00242.

　　DATED this 19th day of May, 2016.

　　　　　　　　　　　　　　　　/s/ Bruce F. Miyake
　　　　　　　　　　　　　　　　BRUCE F. MIYAKE
　　　　　　　　　　　　　　　　Special Assistant United States Attorney

SECRET: YES:_____ NO: