Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS HOGAN,<br><br>Defendant. | NO. CR16-0154JCC<br><br>MEMORANDUM ON DEFENDANT'S MOTION FOR MODIFICATION OF HIS TERMS OF RELEASE. |

## I. Introduction

Defendant, NICHOLAS HOGAN, seeks to modify his conditions of release to allow him to possess a firearm so that he may return to work as an officer with the City of Snoqualmie. Currently, HOGAN is on administrative leave and has been told that he may be terminated since he is unable to work as an officer while his case is pending trial. The government objects to striking the firearms condition and believes that 18 U.S.C. § 922(d) prevents the City of Snoqualmie from providing a firearm to HOGAN.

HOGAN claims that he can seek relief from the legal prohibition of possessing a firearm under 18 U.S.C. § 925(c). HOGAN is correct that Section 925(c) allows him to seek relief from being unable to possess a firearm, however, because Congress has not provided the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) the necessary funds to investigate and process these applications, Section 925(c) is essentially void.

GOVERNMENT'S MEMORANDUM ON MODIFYING CONDITONS
OF RELEASE/ HOGAN - 1
CR16-0154JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Further, HOGAN may not seek relief from the United States District Court until there has been a denial of his application. Thus, Section 925(c) offers HOGAN no relief.

## II. Discussion

18 U.S.C. § 925(c) states in relevant part:

> A person who is prohibited from possessing, shipping, transporting, or receiving firearms or ammunition may make application to the Attorney General for relief from the disabilities imposed by Federal laws with respect to the acquisition, receipt, transfer, shipment, transportation, or possession of firearms, and the Attorney General may grant such relief if it is established to his satisfaction that the circumstances regarding the disability, and the applicant's record and reputation, are such that the applicant will not be likely to act in a manner dangerous to public safety and that the granting of the relief would not be contrary to the public interest. Any person whose application for relief from disabilities is denied by the Attorney General may file a petition with the United States district court for the district in which he resides for a judicial review of such denial. The court may in its discretion admit additional evidence where failure to do so would result in a miscarriage of justice. . .

Under this statute a person may make application to the Attorney General for relief from their disability. The Attorney General has delegated the authority for considering such requests to the ATF. *See*, C.F.R. § 478.144. If the ATF denies the application, the applicant can then seek review of that decision with the United States District Court in which he/she resides. The District Court has the authority to set aside the denial and order relief.

Since 1992, Congress has blocked the use of funds to process requests under Section 925(c). According to ATF counsel, this prohibition against the use of funds to process the petitions is still in effect.

Unless and until the ATF denies an applicant's petition, the United States District Court is without jurisdiction to review the applicant's petition. *United States v. Bean*, 537 U.S. 71, 75-76 (2002); *United States v. Oldroyd,* 156 F.3d 1240 (9th Cir. 1998), unpublished; *Patterson v. United States,* 2015 WL 5712008 (N.D. of Mississippi, United States District Court, 2015).
GOVERNMENT'S MEMORANDUM ON MODIFYING CONDITONS
OF RELEASE/ HOGAN - 2
CR16-0154JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Here, even if this Court were to strike the firearms condition, 18 U.S.C. § 922(d) would still prohibit the City of Snoqualmie from providing HOGAN a firearm. To avoid violating Section 922(d), the City of Snoqualmie would have to apply for and be granted relief under Section 925(c). It is highly unlikely that the City of Snoqualmie would file such a petition. Even if the City did file such a petition, the ATF is not processing these applications so there is no possibility they would be granted relief.

Likewise, Section 922(d) prohibits HOGAN from receiving or acquiring a firearm since he has been indicted for a felony. In order to seek relief from this prohibition, HOGAN would have to file a petition with the ATF and show that he would not be likely to act in a manner dangerous to public safety and that the granting of the relief would not be contrary to the public interest. As noted this is moot since the ATF is not processing these petitions.

The District Court cannot offer any relief until the ATF denies the City of Snoqualmie or HOGAN's petition.

### III. Conclusion

Consequently, Section 922(d) bars the City of Snoqualmie from providing HOGAN a firearm. This makes HOGAN's petition to modify his conditions of release moot.

DATED this 5th day of July, 2016.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/ Bruce F. Miyake*
BRUCE F. MIYAKE
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-2077
Fax: (206) 553-4986
E-mail: Bruce.Miyake@usdoj.gov

GOVERNMENT'S MEMORANDUM ON MODIFYING CONDITONS OF RELEASE/ HOGAN - 3
CR16-0154JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

                                           *s/Janet K. Vos*
JANET K. VOS
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-5041
Fax:   (206) 553-0755
E-mail:  Janet.Vos@usdoj.gov

GOVERNMENT'S MEMORANDUM ON MODIFYING CONDITONS OF RELEASE/ HOGAN - 4
CR16-0154JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970