MAGISTRATE JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>NICHOLAS HOGAN,<br><br>　　　　Defendant. | Case No.: CR16-0154 JCC<br><br>DEFENSE SUPPLEMENTAL MOTION AND AFFIDAVIT FOR ORDER MODIFYING CONDITIONS OF RELEASE |

COMES NOW the defendant, Nicholas Hogan, by and through his attorney, Wayne C. Fricke, Hester Law Group, Inc., P.S., for an Order modifying the firearms prohibition in his conditions of release.

This motion is based on the attached affidavit filed in support.

RESPECTFULLY SUBMITTED this ___7___ day of July, 2016.

　　　　　　　　　　　　HESTER LAW GROUP, INC., P.S.
　　　　　　　　　　　　Attorneys for Defendant

　　　　　　　　　　　　By: _____
　　　　　　　　　　　　Wayne C. Fricke, WSB #16550

SUPPLEMENTAL DEFENSE MOTION &
AFFIDAVIT FOR ORDER MODIFYING CONDTIONS
OF RELEASE - 1

HESTER LAW GROUP, INC., P.S.
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-2157/Fax: (253) 572-1441

STATE OF WASHINGTON )
                    : ss.
County of Pierce    )

WAYNE C. FRICKE being first duly sworn under oath deposes and says that I am the attorney for Nicholas Hogan in the above-entitled matter.

The court granted Mr. Hogan's request that he be allowed to carry a firearm while working as his employment as a police officer, subject to the approval of the United States Attorney pursuant to section 925(c) of Title 18. This request was granted after the parties referred the court to this provision and stated that it was applicable to Mr. Hogan's situation.

Subsequent to the court hearing, the government contacted counsel and indicated that our interpretation of the statute omitted the exception contained within 18 USC Section 925(a)(1). That section makes an exception for law enforcement officers, which was confirmed by the ATF regional counsel. Thus, based on a correct interpretation of the governing provisions, it has been determined that under 18 USC Section 925(a)(1), an officer is not precluded from possessing a service weapon to carry out his official duties. The statute reads in pertinent part:

> "The provisions of this chapter. . . shall not apply with respect to the . . . possession . . . of any firearm or ammunition . . . issued for the use of, the United States or any department or agency thereof or any State or any department, agency, or political subdivision thereof."

This provision allows Nicholas Hogan to lawfully possess a firearm while on duty, but does not allow him to possess a personal weapon; Nor does he need to follow 18 USC Section 925(c) in seeking a waiver.

As Mr. Hogan is not legally precluded from possessing a firearm, the defendant would request that the Court modify the firearms provision of his conditions of release to read as

SUPPLEMENTAL DEFENSE MOTION &
AFFIDAVIT FOR ORDER MODIFYING CONDTIONS
OF RELEASE - 2

HESTER LAW GROUP, INC., P.S.
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-2157/Fax: (253) 572-1441

follows: "You are prohibited from possessing or having access to firearms or dangerous weapons except for possession of a service firearm provided by the City of Snoqualmie or any other law enforcement agency to be used while on duty as a law enforcement officer only."

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Wayne C. Fricke, WSB #16550

SUBSCRIBED AND SWORN to before me this 7th day of July, 2016.

NOTARY PUBLIC in and for the State of Washington. Residing at Tacoma. My Commission Expires: 3/4/2020.

SUPPLEMENTAL DEFENSE MOTION &
AFFIDAVIT FOR ORDER MODIFYING CONDTIONS
OF RELEASE - 3

HESTER LAW GROUP, INC., P.S.
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-2157/Fax: (253) 572-1441

CERTIFICATE OF SERVICE

I hereby certify that on July 7th, 2016, I electronically filed the foregoing Supplemental Defense Motion and Affidavit for Order Modifying Conditions of Release with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bruce F. Miyake
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

Rose E. Gibson
Trial Attorney / Criminal Section / Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530

I hereby certify that on July 7th, 2016, I mailed Supplemental Defense Motion and Affidavit for Order Modifying Conditions of Release to the following:

Nick Hogan
13805 172nd Pl East
South Hill, WA 98374

DATED this 7th day of July, 2016.

_____
Sarah H. Leighton

SUPPLEMENTAL DEFENSE MOTION &
AFFIDAVIT FOR ORDER MODIFYING CONDTIONS
OF RELEASE - 4

HESTER LAW GROUP, INC., P.S.
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-2157/Fax: (253) 572-1441