MAGISTRATE JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

NICHOLAS HOGAN,

   Defendant.

Case No.: CR16-0154 JCC

ORDER MODIFYING CONDITIONS OF RELEASE

  Before this Court is defendant's motion to modify conditions of release to allow the defendant, Nicholas Hogan, to possess his service firearm while on duty. Dkt. 21.  The United States has advised the Court that it does not oppose the motion.  The Court therefore ORDERS:

  The language of the firearm provision of defendant's appearance bond and conditions of release, Dkt. 20, is modified as follows:

  1. Defendant is prohibited from possessing or having access to firearms or dangerous weapons except for possession of a service firearm provided by the City of Snoqualmie, or any other law enforcement agency, to be used while on duty as a law enforcement officer only.

  2. Defendant cannot possess a firearm or dangerous weapon if his employment with the City of Snoqualmie is terminated, or if the City of Snoqualmie assigns defendant a position that does not require him to possess a firearm or dangerous weapon.

  3. All other conditions of release shall remain the same.

PROPOSED ORDER MODIFYING
CONDITIONS OF RELEASE  -  PAGE 2

HESTER LAW GROUP, INC., P.S.
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-2157/Fax: (253) 572-1441

4. A copy of this order shall be provided to the parties and the Honorable John C. Coughenour.

Dated this 8th day of July, 2016.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

HESTER LAW GROUP, INC., P.S.
Attorneys for Defendant

    /s/ Wayne C. Fricke
By: _____
    Wayne C. Fricke
    WSB #16550

PROPOSED ORDER MODIFYING
CONDITIONS OF RELEASE - PAGE 2

HESTER LAW GROUP, INC., P.S.
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-2157/Fax: (253) 572-1441

CERTIFICATE OF SERVICE

I hereby certify that on July 7th, 2016, I electronically filed the foregoing Order Modifying Conditions of Release with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bruce F. Miyake
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

Rose E. Gibson
Trial Attorney / Criminal Section / Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530

I hereby certify that on July 7th, 2016, I mailed Order Modifying Conditions of Release to the following:

Nick Hogan
13805 172nd Pl East
South Hill, WA 98374

DATED this 7th day of July, 2016.

/s/ Sarah H. Leighton

_____
Sarah H. Leighton

PROPOSED ORDER MODIFYING
CONDITIONS OF RELEASE - PAGE 2

HESTER LAW GROUP, INC., P.S.
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-2157/Fax: (253) 572-1441