```
        ____ FILED    ____ ENTERED
        ____ LODGED   ____ RECEIVED
```

John C. Coughenour

OCT 27 2016

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR16-00154JCC |
|---|---|
| Plaintiff | INFORMATION (Misdemeanor) |
| v. | |
| NICHOLAS HOGAN, | |
| Defendant. | |

The United States Attorney charges that:

## COUNT 1

### (Deprivation of Rights under Color of Law)

On or about May 20, 2011, in Seattle, and elsewhere within the Western District of Washington, NICHOLAS HOGAN, while acting under of color of law, deployed Oleoresin Capsicum spray against M.S., a person known to the grand jury, while M.S. was under arrest and shackled, by four-point restraints, to a hospital gurney, thereby willfully depriving M.S. of the right, secured and protected by the Constitution and the laws of the United States, to be free from unreasonable searches and seizures, which includes the right to be free from the use of unreasonable force by a law enforcement officer.

Information/ HOGAN- 1
CR16-00154JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United States Code, Section 242

DATED this 27th day of October, 2016.

_____
ANNETTE L. HAYES
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
BRUCE F. MIYAKE
Assistant United States Attorney

_____
ROSE GIBSON
Trial Attorney
Civil Rights Division

_____
JARED FISHMAN
Senior Litigating Counsel,
Civil Rights Division

Information/ HOGAN- 2
CR16-00154JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970