HONORABLE JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NICHOLAS HOGAN, <br><br> Defendant. | Case No.: CR16-0154 JCC <br><br> LETTERS OF SUPPORT |

ATTACHED HERETO are letters in support of the defendant for the purpose of consideration at sentencing.

RESPECTFULLY SUBMITTED this 17th day of March, 2017.

HESTER LAW GROUP, INC. P.S.
Attorneys for Defendant

By: _____
Wayne C. Fricke, WSB #16550

CERTIFICATE OF SERVICE

I hereby certify that on March 17th, 2017, I electronically filed the foregoing Letters of Support with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bruce F. Miyake
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

Rose E. Gibson
Trial Attorney / Criminal Section / Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530

I hereby certify that on March 17th, 2017, I mailed Letters of Support to the following:

Nick Hogan
13805 172nd Pl East
South Hill, WA 98374

DATED this 17th day of March, 2017.

_____
Sarah H. Leighton



253.589.5643
FAX 253.589.5601
TDD 253.589.5801
www.CPTC.edu

March 16, 2017

To Whom It May Concern,

    As a Tenured faculty member for the Computer Networking and Information System Security (CNISS) Program here at Clover Park Technical College I have had the pleasure of having Nick Hogan as one of my students. Mr. Hogan is a highly motivated and dedicated student. Mr. Hogan has always maintained a positive, friendly, and helpful attitude and demeanor despite heavy workloads and intense stress. He demonstrates a high-degree of patience under pressure, with the ability to coordinate and execute complicated and demanding tasks both individually and as a team member. Most importantly, Mr. Hogan is a leader that knows when to follow.

    Mr. Hogan handled his workload in an efficient manner, often working ahead after understanding current class material. He grasps new concepts quickly and accepts constructive criticism and instruction concerning his work. He has had excellent attendance throughout each of my classes and was punctual, prepared, and participated in all class activities. Mr. Hogan has excelled in every course he has taken with me. This was evident as he was always at the top of his class.

    Mr. Hogan continuously demonstrates leadership skills. Mr. Hogan was elected by peers, and has been serving as President of Clover Park Technical Colleges Club Cyber Tech. Club Cyber Tech is an Associated Student Government sanctioned Computer IT club where Mr. Hogan is able to share his passion for Information Technology and Computer Science with students of the program, college, and the local community.

    It has been a pleasure to have Mr. Hogan as one of my students in the Computer Networking and Information System Security program. I'm excited to watch his professional growth as he continues through the program to completion, earning his Computer Networking and Information System Security Degree here at Clover Park Technical College. Upon his completion of the program, I am certain that Mr. Hogan will be an outstanding addition to any company who hires him to be a member of their team. If you have any questions please feel free to contact me at the numbers listed below.

Sincerely, *Catherine Morris*

Ms. Catherine Morris
CNISS Tenure Instructor
Clover Park Technical College
4500 Steilacoom Blvd SW
Lakewood, WA. 98499
Work: 253-589-5643
Cell:  253-987-6228

March 16, 2017

Your Honor:

My name is Jay Lanphier and I am a technology instructor at Clover Park Technical College. I've known Nick for a limited time professionally and he is currently in two classes that I regularly instruct. Nick has briefly explained to me what his legal situation is and how important the outcome is. Nick has also informed me that he has pled guilty since he can no longer afford to drag the process out to hopefully prove his innocence. When we spoke, Nick was remorseful in his approach regarding the matter.

Your Honor, I am writing today to explain in my opinion of Nick Hogan and the impact he has had during his brief time at Clover Park Technical College. Nick volunteered to be the President of a student club and was elected by his peers last year. Nick has also coordinated club outings to support the local elderly with computer and device support and supported other ideas to continue that support with the local Lakewood and Tacoma communities. Nick is also a mentor of students within the classroom. He has organized study groups and assisted other students with difficult tasks.

While I have known Nick for only a short time, he has demonstrated reliability, leadership and compassion for all students of the club and inside the classroom even before I knew of his legal situation. His dedication to others was also proven in his ability to maintain an A average while coordinating difficult community events.

In my opinion, any sentence other than community service would prove a difficult hardship for Nick while he is rebuilding his career. I also understand that he no longer has plans to remain in law enforcement and that is an extra burden that would be lifted if he could remain in school to complete his training in computer security administration at CPTC.

Nick has demonstrated the ability to work well with others, lead a group to success and show compassion to the local community. He would also be an asset to the local work force as a productive member of society.

Your Honor, thank you for allowing me to express my opinion of Nick Hogan.


Sincerely,

Jay Lanphier

Instructor – Clover Park Technical College

(360) 402.4730